IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROGER E. KIELION, ) | |
| ) | CIVIL NO. 8:05CV317 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR |
| ) | EXTENSION OF TIME |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER of the SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Considering the Defendant's Motion for Extension of Time (Filing #12 ).

IT IS ORDERED that Defendant is granted until November 14, 2005, to serve a response to Plaintiff's Brief.

Dated this 20th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge
United States District Court